IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| BERTRAND GIRARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.2:16-cv-00165-dbh |
| ) | |
| STEPHEN DODD, ) | |
| ROGER BEAUPRE, ) | |
| and ) | |
| CITY OF BIDDEFORD ) | |
| ) | |
| Defendants ) | |

## STEPHEN DODD'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

I, Stephen Dodd, answer the plaintiff's First Amended Complaint as follows:

I admit the allegations in ¶¶ 8 and 9 of the Complaint.

I deny the allegations in ¶¶ 1, 3-5, 10-20, 22-38, 42-49, 52-55, 57-59, 65, 67, 74-82, and 84-86.

I have insufficient knowledge to respond to the allegations in ¶¶ 2, 6, 7, 21, 39-41, 50, 60-63, 66, and 68-72, and therefore I deny those allegations.

In response to ¶¶ 51, 56, 64, 73, and 83 I reallege my previous responses.

### AFFIRMATIVE DEFENSES

1. The plaintiff's Complaint is barred by the statute of limitations.

2. The plaintiff's Complaint does not state a claim against me on which relief can be granted.

Dated: 09/21/2016                /s/ Stephen M. Dodd
                                 Stephen M. Dodd, *pro se*

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of September, 2016 Defendant Stephen Dodd's Answer was filed using the CM/ECF system which will send notice of the electronic filing to parties and counsel of record.

/s/ Stephen M. Dodd
Stephen M. Dodd, *pro se*