# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| BERTRAND GIRARD, | ) |
| | ) |
| Plaintiff | ) |
| | )   Civil Action No. 2:16-cv-00165-LEW |
| v. | ) |
| | ) |
| STEPHEN DODD, ROGER | ) |
| BEAUPRE and CITY OF | ) |
| BIDDEFORD, | ) |
| | ) |
| Defendants. | ) |

## CONSENT MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS ROGER BEAUPRE AND THE CITY OF BIDDEFORD

NOW COMES the Defendants, Roger Beaupre and the City of Biddeford, (hereinafter collectively "Defendants") by and through undersigned counsel, and hereby moves for a dismissal of all claims against Defendants, Roger Beaupre and the City of Biddeford, in the above referenced matter. In support of its motion, Defendants states the following:

1. The Plaintiff, Bertrand Girard, by and through his attorney, Anthony J. Sineni, III, desires and has requested a dismissal, with prejudice and without costs, of all claims that brought or that could have been brought, by him against: (i) the Defendants, Roger Beaupre, in his individual and official capacity; and (ii) the City of Biddeford, in the above referenced matter.

2. Defendants, Roger Beaupre and the City of Biddeford are amenable to Mr. Girard's request as stated in the preceding paragraph, subject to approval by this Court.

3. Pro Se Defendant has indicated to undersigned counsel, Timothy J. Bryant, Esq. that he has no objection to the filing or granting of this motion.

4. This motion and proposed order are also being filed at the request and with the consent of Plaintiff's counsel, Anthony J. Sineni, III.

WHEREFORE, the Defendants, Roger Beaupre and the City of Biddeford, respectfully requests that the Court grant this motion to dismiss, with prejudice and without costs, all claims that were brought or that could have been brought, by Plaintiff, Bertrand Girard, against: (i) the Defendants, Roger Beaupre, in his individual and official capacity; and (ii) the City of Biddeford, in the above referenced matter.

DATED at Portland, Maine this 2nd day of April 2019

/s/ Timothy J. Bryant
Timothy J. Bryant, Esq. (Bar No. 7736)
Attorney for Defendant, Roger Beaupre
Preti, Flaherty, Beliveau & Pachios, LLC
One City Center
P. O. Box 9546
Portland, ME  04112-9546
tbryant@preti.com
(207) 791-3000

/s/ Keith R. Jacques
Keith R. Jacques, Esq. (Bar No. 2962)
Attorney for Defendant, City of Biddeford
Woodman Edmands Danylik Austin Smith & Jacques, PA
234 Main Street
P.O. Box 468
Biddeford, ME 04005
krj@woodedlaw.com
(207) 284-4581

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| BERTRAND GIRARD, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 2:16-cv-00165-LEW |
| v. | ) | |
| | ) | |
| STEPHEN DODD, ROGER | ) | **ORDER** |
| BEAUPRE and CITY OF | ) | |
| BIDDEFORD, | ) | |
| | ) | |
| Defendants. | ) | |

Based on the Motion to Dismiss submitted by Defendants, Roger Beaupre and the City of Biddeford, and with the consent of Plaintiff, Bertrand Girard, and Defendant, Stephen Dodd, this Court hereby grants the Motion to Dismiss and hereby ORDERS that all claims that were brought or that could have been brought, by Plaintiff, Bertrand Girard, against: (i) the Defendants, Roger Beaupre, in his individual and official capacity; and (ii) the City of Biddeford, in the above referenced matter, by dismissed with prejudice and without costs as of the date of this Order.


Dated:                                             _____

                                                   Honorable Lance E. Walker