UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BERTRAND GIRARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN DODD, et al, )<br>)<br>Defendants. ) | CIVIL NO.  2:16-cv-00165-LEW |

J U D G M E N T

Pursuant to the Order entered on May 6, 2019 and the Order on Defendant's Motion for Summary Judgment and Motion for Judgment entered on August 2, 2019 by Judge Lance E. Walker;

JUDGMENT is hereby entered for defendants Stephen Dodd, Roger Beaupre and City of Biddeford and against plaintiff Bertrand Girard.

CHRISTA K. BERRY,
CLERK

By: /s/Susan Way
Deputy Clerk

Dated this 2nd day of August, 2019.